## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO.  1:03CV211
### (1:00CR2)

| | | |
|---|---|---|
| SHAWN McALLISTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | J U D G M E N T |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the

Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28

U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH**

**PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant to

28 U.S.C. § 2255 may be filed absent permission from the United States

Fourth Circuit Court of Appeals.

**Signed: November 5, 2005**


Lacy H. Thornburg
United States District Judge