# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:03CV211
### (1:00CR2)

| | |
|---|---|
| SHAWN McALLISTER, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>_____ )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's request for a certificate of appealability regarding the Judgment filed November 5, 2005, denying his § 2255 motion and the Order filed December 9, 2005, denying his motion for reconsideration.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue unless the applicant has made a substantial showing of the denial of

2

a constitutional right.  **28 U.S.C. § 2253(c)(2).**  The Petitioner has not made such a showing.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a certificate of appealability is hereby **DENIED**.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge