# UNITED STATES DISTRICT COURT
for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHAWN MCALLISTER | ) | Case No: __1:00CR00002-001__ |
| | ) | USM No: __15774-058__ |
| Date of Previous Judgment: __August 16, 2001__ | ) | __Steven Meier__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

　　■ DENIED.  ❑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | __38__ | Amended Offense Level: | __36__ |
| Criminal History Category: | __IV__ | Criminal History Category: | __IV__ |
| Previous Guideline Range: | __240__ to __240__ months | Amended Guideline Range: | __240__ to __240__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❑ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

■ Other (explain):　No reduction, as the original sentence in this case was limited to a statutory maximum of 20 years (240 months) by *Apprendi v New Jersey*, which then became the applicable guideline range, per USSG §5G1.1(a).  The revised guideline range is similarly limited and the guideline range remains unchanged.

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __August 16, 2001__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: __February 10, 2009__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge