# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:00-cr-00002-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHAWN McALLISTER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Terminate Supervised Release [Doc. 59]. Both counsel for the Government and the Defendant's supervising probation officer consent to the Defendant's Motion.

Upon review of the Defendant's motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release [Doc. 59] is **GRANTED**, and the

Defendant's term of supervised release in the above-referenced action is hereby terminated.

**IT IS SO ORDERED.**

Signed: March 1, 2017

Martin Reidinger
United States District Judge